IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEDRA J. RUSSEL,                          No. CIV.S-06-0063 FCD DAD PS

        Petitioner,

   v.                                      ORDER

SACRAMENTO COUNTY ALCOHOL
AND DRUG BUREAU,

        Respondent.
_____/

       Petitioner is proceeding pro se.  Petitioner has filed an in forma pauperis affidavit in which she states that she is presently employed and that her gross monthly earnings are approximately $2,588.00 (i.e., "$1,294 bi-weekly").

       Pursuant to federal statute, a filing fee of $250.00 is required to commence a civil action in federal district court.  28 U.S.C. § 1914(a).  The court may authorize the commencement of an action "without prepayment of fees or security therefor" by a person who submits an affidavit that he or she is unable to pay such fees. 28 U.S.C. § 1915(a).  The amount of petitioner's earnings indicate

1

1  that petitioner is able to pay the filing fee and costs.
2  Petitioner's showing with respect to indigency is inadequate. See
3  Olivares v. Marshall, 59 F.3d 109, 111 (9th Cir. 1995); Alexander v.
4  Carson Adult High Sch., 9 F.3d 1448, 1449 (9th Cir. 1993).
5  Petitioner will therefore be granted twenty days in which to submit
6  the appropriate filing fee to the Clerk of the Court.  Petitioner is
7  cautioned that failure to pay the fee will result in a recommendation
8  that the application to proceed in forma pauperis be denied and the
9  instant action be dismissed without prejudice.
10         Accordingly, IT IS HEREBY ORDERED that, within twenty days
11 from the date of this order, petitioner shall submit the appropriate
12 filing fee.
13 DATED: May 17, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

18 DAD:th
Ddadl\orders.prose\russel0063.ifp.deny

2