MORENO & RIVERA, LLP

1451 River Park Drive, Suite 145
Sacramento, California 95815

Tel: 916-922-1200 Fax: 916 922-1301

Jesse M. Rivera, CSN 84259
Jonathan B. Paul, CSN 215884
Shanan L. Hewitt, CSN 200168

Attorneys for Defendant,
COUNTY OF SACRAMENTO,
DEPARTMENT OF HEALTH
AND HUMAN SERVICES
(formerly sued as "SACRAMENTO
COUNTY ALCOHOL AND
DRUG BUREAU")

## IN THE UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEDRA J. RUSSELL, ) | **CASE NO. CIV 06-0063 FCD DAD PS** |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER TO** |
| ) | **ELECT REFERRAL OF ACTION TO** |
| ) | **VOLUNTARY DISPUTE RESOLUTION** |
| vs. ) | **PROGRAM (VDRP) PURSUANT TO** |
| ) | **LOCAL RULE 16-271** |
| ) | |
| SACRAMENTO COUNTY ) | |
| DEPARTMENT OF HEALTH ) | |
| AND HUMAN SERVICES, ) | |
| et al, ) | |
| ) | |
| Defendants. ) | |
| ) | |

Pursuant to Local Rule 16, 271, the parties to this action hereby agree to submit the above-entitled action to the Voluntary Dispute Resolution Program (VDRP).

Date: January 25, 2007            /s/ Shanan L. Hewitt
                                   SHANAN L. HEWITT
                                   Attorneys for Defendant
                                   SACRAMENTO COUNTY DEPARTMENT OF
                                   HEALTH AND HUMAN SERVICES

MORENO & RIVERA, LLP
1451 River Park Drive,
Suite 145
Sacramento, CA 95815
(916) 922-1200

STIPULATION AND ORDER TO ELECT REFERRAL TO VDRP
Page 1

1  Date: January 25, 2007		/s/ Nancy J. Sheehan
2 				NANCY J. SHEEHAN
				Attorney for Defendant VICKI BAILEY

4  Date: January 25, 2007		/s/ Robin K. Perkins
				ROBIN K. PERKINS
5 				MERIAM E. HAMILTON
				Attorneys for Plaintiff DEDRA J. RUSSELL

7  **IT IS SO ORDERED.**

8  Date: **January 29, 2007**

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

MORENO & RIVERA, LLP
1451 River Park Drive, Suite 145
Sacramento, CA 95815
(916) 922-1200

STIPULATION AND ORDER TO ELECT REFERRAL TO VDRP
Page 2