ROBIN K. PERKINS, SBN: 131252
MERIAM E. HAMILTON, SBN: 182067
Palmer Kazanjian Wohl Perkins LLP
520 Capitol Mall, Suite 600
Sacramento, CA 95814
Telephone:   (916) 442-3552
Facsimile:    (916) 442-3606

Attorneys for Plaintiff, DEDRA J. RUSSELL

THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEDRA J. RUSSELL,<br><br>Plaintiff<br><br>v.<br><br>COUNTY OF SACRAMENTO, DEPARTMENT OF HEALTH AND HUMAN SERVICES; VICKI BAILEY, an individual,<br><br>Defendants | Case No. CIV 06-0063 FCD DAD PS<br><br>PLAINTIFF, DEDRA J. RUSSELL'S, SUBSTITUTION OF ATTORNEY<br><br>U.S.D.C. Local Rule 83-182 |

PLEASE TAKE NOTICE that Palmer Kazanjian Wohl Perkins LLP, located at 520 Capitol Mall, Ste. 600, Sacramento, CA 95814, through Robin K. Perkins, Esq. and Meriam E. Hamilton, Esq., hereby substitutes as attorneys for Plaintiff, DEDRA J. RUSSELL ("Plaintiff"), in pro per. Plaintiff has indicated her approval of this substitution. This substitution is not being taken for the purposes of delay.

Dated:                                                                                  PALMER KAZANJIAN WOHL PERKINS LLP


                                                                                        By: /s/ MERIAM E. HAMILTON
                                                                                              MERIAM E. HAMILTON
                                                                                        Attorneys for Plaintiff, DEDRA J. RUSSELL

*Substitution of Attorney*

I consent to this substitution:

Dated: _____         /s/ DEBRA J. RUSSELL
                                      DEDRA J. RUSSELL, Plaintiff

**IT IS SO ORDERED:**

Dated: February 1, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2.- *Substitution of Attorney*