MORENO & RIVERA, LLP

1451 River Park Drive, Suite 145
Sacramento, California 95815

Tel: 916-922-1200 Fax: 916 922-1301

Jesse M. Rivera, CSN 84259
Jonathan B. Paul, CSN 215884
Shanan L. Hewitt, CSN 200168

Attorneys for Defendant,
COUNTY OF SACRAMENTO,
DEPARTMENT OF HEALTH
AND HUMAN SERVICES
(formerly sued as "SACRAMENTO
COUNTY ALCOHOL AND
DRUG BUREAU")

**IN THE UNITED STATES DISTRICT COURT**

**IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEDRA J. RUSSELL, | **CASE NO. CIV 06-0063 FCD DAD PS** |
| Plaintiff, | |
| vs. | **STIPULATED DISMISSAL WITH PREJUDICE [FRCP 41(a)(1) & (2)]** |
| SACRAMENTO COUNTY DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al, | |
| Defendants. | **Complaint Filed: December 20, 2006** |

It is hereby stipulated, pursuant to Rule 41(a)(1) and (2) of the Federal Rules of Civil Procedure, by and between the Plaintiff, DEDRA J. RUSSELL, and Defendants SACRAMENTO COUNTY DEPARTMENT OF HEALTH AND HUMAN SERVICES, by and through its attorney, Shanan L. Hewitt, and VICKI BAILEY, by and through her attorney, Nancy Sheehan, that the above-captioned action be and hereby is dismissed with prejudice forthwith.

In consideration of the Stipulation entered by the parties, <u>Russell v. Sacramento County</u>

MORENO & RIVERA, LLP
1451 River Park Drive, Suite 145
Sacramento, CA 95815
(916) 922-1200

Stipulated Dismissal with Prejudice [FRCP 41(a)(1)&(2)]
Page 1

<u>Health and Human Services, et. al.</u>, United States District Court, Eastern District of California, Case No. CIV 06-0063 FCD DAD PS is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1) and (2).

Date: June <u>6</u>, 2007                 <u>/s/ Robin K. Perkins</u>
                                         ROBIN K. PERKINS
                                         MERIAM E. HAMILTON
                                         Attorneys for Plaintiff DEDRA J. RUSSELL

Date: June <u>6</u>, 2007                 <u>/s/ Shanan L. Hewitt</u>
                                         SHANAN L. HEWITT
                                         Attorneys for Defendant
                                         SACRAMENTO COUNTY DEPARTMENT OF
                                         HEALTH AND HUMAN SERVICES

Date: June <u>6</u>, 2007                 <u>/s/ Nancy J. Sheehan</u>
                                         NANCY J. SHEEHAN
                                         Attorney for Defendant VICKI BAILEY

**IT IS SO ORDERED**.

Dated: June 7, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

MORENO & RIVERA, LLP
1451 River Park Drive, Suite 145
Sacramento, CA 95815
(916) 922-1200

Stipulated Dismissal with Prejudice [FRCP 41(a)(1)&(2)]
Page 2